UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NORMA WATTS, Ind. & Admin. Of Estate of Aquan Salmon**<br>      **Plaintiff** | : |
| **v.** | : CIVIL NO.: 3:00cv681(DJS) |
| **CITY OF HARTFORD, ET AL**<br>      **Defendants** | : |

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Robert N. Chatigny, United States District Judge, who sits in Hartford, Connecticut.  All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number **3:00cv681(RNC)**.  Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.  See Local Rule 3(a).

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   21st   day of November, 2003.

                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge