UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, In her Individual Capacity and as Administratrix of the Estate of AQUAN SALMON : : : : : | CIVIL ACTION NO. 3:00CV0681 (DJS) |
| V. : : | |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity as a Hartford Police Officer : : : : : : : : : | February 5, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, City of Hartford and Joseph F. Croughwell, in the above-entitled case.

                        THE DEFENDANT
                        ROBERT C. ALLAN


                        By /s/_____
                        Eric P. Daigle of
                        HALLORAN & SAGE  LLP
                        Fed. Bar #ct23486
                        One Goodwin Square
                        225 Asylum Street
                        Hartford, CT  06103
                        (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**CERTIFICATION**

      This is to certify that on this 5th day of February, 2004, I hereby mailed a copy of the foregoing to:

Nicholas P. Cardwell, Esq.
CARDWELL, CARDWELL & SMORAGIEWICZ
108 Oak Street
Hartford, CT 06106

Joseph A. Moniz, Esq.
MONIZ, COOPER & McCANN
100 Allyn Street
Hartford, CT 06103

    /s/_____
    Eric P. Daigle

509835.1(HS-FP)

- 2 -