UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, In her Individual Capacity and as Administratrix of the Estate of AQUAN SALMON | : CIVIL ACTION NO.<br>: 3:00CV0681 (RNC) |
| V. | : |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity as a Hartford Police Officer | :<br>:<br>:<br>:<br>:<br>:<br>: FEBRUARY 2, 2004 |



## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Robert C. Allan, Joseph Croughwell and the City of Hartford, in the above-captioned matter, as the undersigned no longer is engaged in the practice of law with this firm effective January 8, 2004. The defendant continues to be represented by James J. Szerejko and Eric P. Daigle of Halloran & Sage LLP.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

| | | |
|---|---|---|
| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | HALLORAN<br>& SAGE LLP | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |

THE DEFENDANT
ROBERT C. ALLAN;
JOSEPH CROUGHWELL;
CITY OF HARTFORD

By _____
Brian P. Leaming of
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 2nd day of February, 2004, I hereby mailed a copy of the foregoing to:

Nicholas P. Cardwell, Esq.
CARDWELL, CARDWELL & SMORAGIEWICZ
108 Oak Street
Hartford, CT 06106

Joseph A. Moniz, Esq.
MONIZ, COOPER & McCANN
100 Allyn Street
Hartford, CT 06103

_____
Brian P. Leaming

511004.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105