113

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, In her Individual Capacity and as Administratrix of the Estate of AQUAN SALMON | : CIVIL ACTION NO.<br>: 3:00CV0681 (RNC)<br>: |
| V. | : |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity as a Hartford Police Officer | :<br>:<br>:<br>:<br>:<br>:<br>: FEBRUARY 2, 2004 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Robert C. Allan, Joseph Croughwell and the City of Hartford, in the above-captioned matter, as the undersigned no longer is engaged in the practice of law with this firm effective January 8, 2004. The defendant continues to be represented by James J. Szerejko and Eric P. Daigle of Halloran & Sage LLP.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

*[Handwritten in left margin: Granted. So ordered. Robert N. Chatigny, U.S.D.J. February __, 2004.]*

| | | |
|---|---|---|
| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | **HALLORAN<br>& SAGE LLP** | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |