79

FILED
DEC 16  2 16 PM '02
U.S. DISTRICT CLERK
HARTFORD, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA WATTS, In her Individual Capacity and as Administratrix of the Estate of AQUAN SALMON | : : : | CIVIL ACTION NO. 3:00CV0681 (DJS) |
| V. | : | |
| CITY OF HARTFORD; ET AL. | : | DECEMBER 16, 2002 |

### MOTION TO BIFURCATE THE ISSUE OF PUNITIVE DAMAGES

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the undersigned defendant, Robert C. Allan, respectfully requests this Court to bifurcate the issue of punitive damages from the plaintiff's claims for compensatory damages.

The decision to bifurcate is firmly within the discretion of the trial judge. In Re Master Key Antitrust Litigation, 528 F.2d 5, 14 (2d Cir. 1975). In determining whether bifurcation is proper, the Court must weigh the issues of convenience, judicial economy and the possible prejudicial effects to the parties. Fed. R. Civ. P. 42(b).

```
February 25, 2004. Norma Watts v. City of Hartford et al.; 3:00CV0681 (RNC)

Re: Motion to Bifurcate Issue of Punitive Damages [Doc. # 79]

Granted.  Absent objection, the issue of the amount of punitive damages shall
be bifurcated from the liability and compensatory damages phase of the case.
See Simpson v. Pittsburgh Corning Corp., 901 F.2d 277, 283 (2d Cir.), cert.
dismissed, 497 U.S. 1057 (1990) (expressing preference for bifurcation of
issue of amount of punitive damages).  So Ordered.
```

Robert N. Chatigny, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105