**March 29, 2004.** Treating this as a request for a pretrial conference to discuss issues relating to the animation, it is hereby granted. A telephone conference is scheduled for April 5, 2004, at 9:30 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA WATTS, ADMINISTRATRIX OF THE ESTATE OF AQUAN SALMON | : | CIVIL ACTION NO. 3:00CV0681 (DJS) |
| VS. | : | |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity As a Hartford Police Officer | : | DECEMBER 23, 2002 |



### PLAINTIFF'S REQUEST FOR HEARING REGARDING THE ADMISSABILITY OF VIDEO ANIMATION – EXHIBITS 15 AND 16

Pursuant to Rule 104 of the Federal Rules of Evidence, the Plaintiff, Norma Watts, through and by her attorneys, Moniz, Cooper & McCann LLP and Cardwell, Cardwell & Smoragiewicz, respectfully requests that the court conduct a hearing regarding the admissibility of the Defendant's exhibits related to the: (1) "Animation illustrating on a 2-D level, from overhead, in support of Officer Allan's testimony, the positions of the vehicles and witnesses during the subject incident" - Exhibits 15; and (2) "Animation illustrating on a 3-D level, from the perspective of Officer Allan in support of his testimony what he observed during the subject incident" - Exhibit 16, as set forth in the parties' Joint Trial Memorandum dated December 6, 2002.

In support of this motion, the Plaintiff states as follows: