*held*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.

PLAINTIFF'S COUNSEL MUST INITIATE CALL
CHAMBERS TELEPHONE NUMBER
860-240-3659

April 5, 2004

9:30 A.M.

CASE NO. **3-00-cv-681(RNC)**    **Watts v. Hartford, et al.**,
Request for Hearing Regarding the Admissability of Video
Animation - Exhibits 15 and 16 [doc. 88]

✓Nicholas P. Cardwell
CT Independent Police Union
36B Kreiger Lane
Glastonbury, CT 06033

✓Eric P. Daigle
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

✓Joseph A. Moniz
Moniz, Cooper & McCann
100 Allyn St.
Hartford, CT 06103

*Jury selection scheduled for 6/8/04.*
*Case will be referred for settlement conf.*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK