UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, In her Individual Capacity and as Administratrix of the Estate of AQUAN SALMON : : : : | CIVIL ACTION NO. 3:00CV0681 (RNC) |
| V. CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity as a Hartford Police Officer : : : : : : : : : : : : | APRIL 21, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 7(b), the defendants move for an extension of time within which to file their Memorandum of Law in Opposition to the plaintiff's Motion for Reconsideration. Specifically, the defendants seek a fourteen (14) day extension of time, from May 5, 2004 to and including May 19, 2004. This is the defendants' first request for an extension of the deadline at issue. The plaintiff's counsel does not consent to the granting of this motion.

05645.0555



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The defendants respectfully submit that good cause exists for the granting of their motion.  In particular, additional time is needed to fully analyze the exhibits submitted, cases cited and arguments made in support of the plaintiff's Motion for Reconsideration.   Moreover, the defendants' counsel have competing case obligations, including the preparation of a trial memorandum and preparation for a settlement conference in this case.  Accordingly, despite the diligence of the defendants' counsel, the deadline at issue cannot reasonably be met.

**WHEREFORE**, good cause having been show, the defendants respectfully request that the Court grant their motion and extend their time to file a Memorandum of Law in opposition to the plaintiff's Motion for Reconsideration, from May 5, 2004 to and including May 19, 2004.

THE DEFENDANTS

By_____
James J. Szerejko
Fed. Bar #ct4326
Eric P. Daigle
Fed. Bar #ct23486
HALLORAN & SAGE  LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel:  (860) 522-6103
Email: daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 21st day of April, 2004, I hereby mailed a copy of the foregoing, postage prepaid, to:

Nicholas P. Cardwell, Esq.
CARDWELL, CARDWELL & SMORAGIEWICZ
108 Oak Street
Hartford, CT 06106

Joseph A. Moniz, Esq.
MONIZ, COOPER & McCANN
100 Allyn Street
Hartford, CT 06103

                                                  Eric P. Daigle

540331.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105