FILED

2004 APR 23  A 10: 36

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, ADMINISTRATRIX OF THE ESTATE OF AQUAN SALMON | CIVIL ACTION NO. 3:00CV0681 (RNC) |
| VS. | |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity As a Hartford Police Officer | APRIL 23, 2004 |

## PLAINTIFF'S RESPONSE TO MOTION FOR ENLARGEMENT OF TIME

The Plaintiff submits her response to defendants' Motion for Enlargement of Time dated April 21, 2004 in order to place on record her position with respect thereto.

When contacted by counsel for the defendants regarding their request for a 14-day extension of time from May 5, 2004, to and including May 19, 2004, the undersigned counsel indicated that he would not object to a <u>one week</u> extension of time so long as counsel for defendants would agree that there would be no request for a change of the current schedule, including the date for preparation of the Trial Memorandum and jury selection. It was our position that only an additional week

would be needed in view of the issues raised in our Motion for Reconsideration since we were required to file it within 10 days of the Court's Ruling, and defendants currently have 13 days (not counting weekends) to respond, and that any extension of time beyond one week would potentially affect the scheduling of this matter.

We reiterate our position that we would object to any extension or any enlargement of time that would affect the present scheduling up to and including jury selection.

WHEREFORE, the Plaintiff respectfully objects to the extension or enlargement of time sought but does not object to a shorter extension so long as it does not affect the present schedule.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys
   and
Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106
Her Attorneys