FILED
2004 APR 22 A 11: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, In her Individual Capacity and as Administratrix of the Estate of AQUAN SALMON | CIVIL ACTION NO. 3:00CV0681 (RNC) |
| V. | |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity as a Hartford Police Officer | APRIL 21, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b), the defendants move for an extension of time within which to file their Memorandum of Law in Opposition to the plaintiff's Motion for Reconsideration. Specifically, the defendants seek a fourteen (14) day extension of time, from May 5, 2004 to and including May 19, 2004. This is the defendants' first request for an extension of the deadline at issue. The plaintiff's counsel does not consent to the granting of this motion.

FILED
2004 APR 23 P 2: 39
U.S. DISTRICT COURT
HARTFORD, CT

05645.0555

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105