FILED

2004 MAY 26  A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, ADMINISTRATRIX OF THE ESTATE OF AQUAN SALMON | : CIVIL ACTION NO.<br>: 3:00CV0681 (DJS) |
| VS. | : |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity As a Hartford Police Officer | :<br>:<br>:<br>:<br>:<br>:<br>: MAY 25, 2004 |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

On May 5, 2004, the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the court order regarding the required contents of the trial memorandum, the Plaintiff included therein a list of witnesses who may testify at trial. The Plaintiff now supplements that list to include the following witness:

20.  Teri Morrison

   Ms. Morrison will testify regarding Aquan Salmon's school records and performance, his skills in computer technology and the qualities he exhibited and desire for future education and career. Her testimony will take

approximately 30 to 45 minutes.

21. Keith Kerr

Mr. Kerr will testify as to his activities in the late evening and early morning hours on April 12/13, 1999 and conversations he had with Hartford Police Department personnel that evening and subsequent dates. His direct testimony will take approximately 45 minutes to 1 hour.

22. Diane Hewitt

Ms. Hewitt will testify as to her observations at the scene of the shooting in question and at the time of the incident on April 13, 1999. Her testimony will take approximately one-half hour.

23. Dr. Nader Bahadoiy (sp.)

Dr. Bahadoiy will testify as her examination of the decedent and pronunciation of death at St. Francis Hospital. Her testimony will take approximately 20 minutes.

24. Officer Kent Lee

Officer Lee will testify regarding his activities and observations at the time of the incident on April 12-13, 1999. His testimony will take approximately 15-20 minutes.

25. Officer Timothy McGrath

Officer McGrath will testify regarding his activities and observations at the time of the incident on April 12/13, 1999. Her testimony will take approximately 20 minutes.

6.  Officer Ursula Musgrove Wiebusch

    Officer Wiebusch will testify regarding her activities and observations at the time of the incident on April 12-13, 1999. Her testimony will take approximately 20 minutes.

27. Tracy Marble

    Ms. Marble will testify regarding her observations at the time of the incident on April 12-13, 1999. Her testimony will take approximately 45 minutes.

28. Sgt. Richard Tardif

    Sgt. Tardiff will testify regarding his transcription of the radio transmissions on 4/13/99. His testimony will take approximately 30 minutes.

29. Officer Richard Rodriguez

    Officer Rodriguez will testify regarding his involvement in the incident in question and Robert Allan's 4/13/99 statement. His testimony will take approximately 45 minutes.

30. Sgt. Inho

    Sgt. Inho will testify regarding dispatch tapes, radio transmissions and Hartbeat. His testimony will take approximately 45 minutes.

31. East Hartford Officer J. Zavelick

    Officer Zavelick will testify regarding his involvement on 4/13/99 regarding the incident in question. His testimony will take approximately 20 minutes.

4

32. <u>Officer Michael Woods</u>

Officer Woods will testify regarding statements made by Robert Allan. His testimony will take approximately 45 minutes.

33. <u>Det. Martin Graham</u>
Det. Graham will testify regarding his involvement in the incident in question and statements made by Robert Allan. His testimony will take approximately 45 minutes.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

And

Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106
Her Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106

James Szerejko, Esq.
Eric P. Daigle, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Joseph A. Moniz