FILED

2004 MAY 26 A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA WATTS, ADMINISTRATRIX OF<br>THE ESTATE OF AQUAN SALMON | : | CIVIL ACTION NO.<br>3:00CV0681 (DJS) |
| VS. | : | |
| CITY OF HARTFORD; POLICE<br>DEPARTMENT OF THE CITY OF<br>HARTFORD; JOSEPH F. CROUGHWELL,<br>Individually and in his Official Capacity as<br>Chief of Police of the City of Hartford;<br>OFFICER ROBERT C. ALLAN,<br>Individually and in his Official Capacity<br>As a Hartford Police Officer | : | MAY 25, 2004 |

### PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

On May 5, 2004 the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the court order regarding the required contents of the trial memorandum, the Plaintiff included therein a list of exhibits she will offer. The Plaintiff now supplements that list to include the following additional exhibits:

25. St. Francis Hospital Emergency Room Record for Robert Allan's visit on April 13, 1999;

26. Hartford Police Department General Order 1-21, 1-22a and amendments;

27. Robert Allan's 11-page statement dated April 13, 1999;

28. Robert Allan's 7-page statement dated April 20, 1999;

29. Robert Allan's supplemental statement dated April 29, 1999;

30. School report cards of Aquan Salmon and progress reports;

31. Bank account records of Aquan Salmon from school bank account;

32. Diagram and drawing by Ellis Thomas dated May 27, 1999;

33. Sgt. Richard Tardif's transcription of radio transmissions on 4/13/99;

34. HPD Radio ID numbers;

35. HPD Mobile Data transmissions for 4/13/99;

36. HPD Activity Detail Report;

37. Hartford Hospital Emergency Room Record regarding Robert Allan's visit on 4/13/99;

38. HPD Policies regarding arrests where weapons are potentially involved; chases and motor vehicle stops; use of lights, spotlights and loud speaker;

39. CSP Training Manual for training police officers at the State Police Academy.