FILED

2004 MAY 26  A 10: 56

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA WATTS, ADMINISTRATRIX OF THE ESTATE OF AQUAN SALMON | : | CIVIL ACTION NO. 3:00CV0681 (DJS) |
| VS. | : | |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity As a Hartford Police Officer | : | MAY 25, 2004 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' WITNESSES AND EXHIBITS AS LISTED IN THE JOINT TRIAL MEMORANDUM DATED MAY 5, 2004**

Custodian of Records, Department of Children and Families, 250 Hamilton Street, Hartford, CT, will testify regarding the Authentification of Department case records. (Direct testimony approximately ½ of an hour.)

**OBJECTION:** Hearsay; relevance; prejudicial effect substantially outweighs the probative value.

Custodian of Records, Hartford Board of Education

**OBJECTION:** We reserve the right subject to the extent that some of the materials are

MONIZ, COOPER & McCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370

irrelevant and hearsay and the prejudicial effect substantially outweighs the probative value.

7. One (1) Department of Probation Monitor ankle bracelet #468598

**OBJECTION:** Irrelevant, unduly prejudicial and its probative value far outweighs its prejudicial effect.

8. State Police Forensic Science Laboratory Reconstruction Report dated May 21, 1999, ID-99-001213, which includes sixteen (16) pages of text and thirty-two (32) pages of photographs numbered 1 - 64.

**OBJECTION:** Hearsay. To the extent that limited portions may be admissible, witnesses will be available to testify thus making the report irrelevant.

9. Draft statement of Michael Jiles taken by theHartford Police Department on April 13, 1999, that Jiles refused to sign.

**OBJECTION:** Hearsay.

10. Deposition transcript of Norma Watts.

**OBJECTION:** Hearsay.

11. Deposition transcript of Ethel Lipscomb.

**OBJECTION:** Hearsay.

17. Photographs (2) that compare the butane pistol lighters to real handguns

**OBJECTION:** Relevance; lack of foundation.

22. Photographs depicting the view that was available for witnesses during the subject incident.

**OBJECTION:** Lack of foundation; undisclosed expert testimony would necessarily be required for admissibility.

24. Video Tape depicting the scene of the subject incident taken by the Hartford Police Department.

**OBJECTION:** Lack of foundation.

25. Video Tape depicting the reconstruction of the subject incident taken by the State Police Forensic Laboratory.

**OBJECTION:** Lack of foundation.

26. Criminal/Juvenile referral(s) of decedent.

**OBJECTION:** Hearsay; relevance; the prejudicial effect outweighs its probative value.

PLAINTIFF
By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT  06103
Tel. (860) 278-0200
Her Attorneys

And

Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT  06106
Her Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT  06106

James Szerejko, Esq.
Eric P. Daigle, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Joseph A. Moniz