UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA WATTS, In her Individual Capacity and as Administratrix of the Estate of AQUAN SALMON | : : : : | CIVIL ACTION NO. 3:00CV0681 (DJS) |
| V. | : : | |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity as a Hartford Police Officer | : : : : : : : : : : | MAY 26, 2004 |

## DEFENDANT'S SUPPLEMENTAL WITNESS LIST

On May 5, 2004, the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the Court Order regarding the required contents of the Trial Memorandum, the defendant included therein a list of witnesses who may testify at trial. The defendant now supplements that list to include the following witnesses:

**Sara Neal** will testify as to her knowledge of the subject incident and also her observations of the events and circumstances leading up to and prior to the subject incident.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**Keith Kerr** will testify as to his knowledge of the subject incident and also his observations of the events and circumstances leading up to and prior to the subject incident.

**Charlie LaChance**, Connecticut Department of Transportation, Bureau of Engineering, 172 Salem Turnpike, P.O. Box 1007, Norwich, CT, will testify regarding documentation of the scene by electronic surveyor equipment and production of a scaled "planometric map".

**Kevin Kane**, State's Attorney, Judicial District of New London, 70 Huntington Street, New London, CT, will testify regarding his knowledge, investigation and conclusions concerning the subject incident.

THE DEFENDANTS:
CITY OF HARTFORD,
JOSEPH CROUGHWELL AND
ROBERT C. ALLAN


By_____
James Szerejko
HALLORAN & SAGE  LLP
Fed. Bar #ct04326
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

## **CERTIFICATION**

      This is to certify that on this 26th day of May 2004, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Joseph A. Moniz, Esq. | Nicholas P. Cardwell, Esq. |
| 100 Allyn Street | Cardwell, Cardwell & Smoragiewicz |
| Hartford, CT 06103 | 108 Oak Street |
| | Hartford, CT 06106 |

                                                _____
                                                  James J. Szerejko

551882.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105