FILED

2004 JUN -3  P 2: 23

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMA WATTS, ADMINISTRATRIX OF THE ESTATE OF AQUAN SALMON | : CIVIL ACTION NO.<br>: 3:00CV0681 (RNC) |
| VS. | : |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity As a Hartford Police Officer | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 2, 2004 |

## PLAINTIFF'S PROPOSED VOIR DIRE

Counsel for Plaintiff requests the opportunity to ask follow-up questions of veniremen at a sidebar, if necessary, on matters relating to biases for or against police officers.

1. Please give a short personal history of yourself:

    Where did you grow up?

    Your occupation and work history (without listing any employers names).

    How many brothers and sisters do you have and what are their occupations (without listing any employers' names).

        Your ethnic background.

2. Please state marital status:

   Single
   Separated
   Divorced
   Married
   Widowed

3. Educational background:

   Less than high school
   High school ( __ years)
   College ( __ years)
   Post graduate study.

4. Do you:

   Own your own home
   Rent
   Life with relatives

5. Is your neighborhood:

   Urban (city)
   Suburban (just outside a city or town)
   Rural (country)

6. How long have you lived in Connecticut?

7. How long have you lived at your present address?

8. Without naming your employer, what is your present occupation or profession?

9. Length of current employment?

10. Do you supervise others in your job? If so, how many?

11. Are you:

    Employed full time

    Employed part time

    Homemaker

    Unemployed/laid off

    Retired

    Student

    Disabled

    Other (please describe)

12. If retired or unemployed, what type of work had you been doing?

13. If you are self-employed:

    Do you own your own business?

    Without mentioning the name of the business, what type of business is it?

14. If you have children?

    What are their gender and ages?

        What are they doing (jobs, students, working)?

        If employed full or part-time, what type of work does he, she, them do. Please do not name the employer.

        Do/did your children attend public or private school?

15. What are any activities of personal interest that you participate in?

16. What sorts of things do you do in your spare time? (Recreation, hobbies)

17. What, if any, newspapers do you read?

        On a weekly basis, how often do you read those newspapers?

18. What types of magazines or books do you like to read?

19. What types of movies or TV shows do you enjoy watching?

20. Have you or any close relative(s) or friend(s) ever been employed by, or received training in, any local, state or federal law enforcement agency, including but not limited to: FBI, U.S. Attorney's Office, Drug Enforcement Agency, Bureau of Alcohol, Tobacco & Firearms, Military Police, Corrections/Prison Guard, State Trooper, Police Department State's Attorney, Courthouse Employee, Parole and Probation, US. Marshals Service, U.S. Customs?

21. Do you have any immediate family member(s) or close friend(s) who are lawyers or who have attended law school?

22. Are you or do you have any immediate family member(s) or close friend(s) who are judges, law clerks, court attendants, court clerks, other types of court personnel, probation officers or persons connected with any penal institution, jail or penitentiary?

23.  Are you now or have you ever been a member of any social, business, professional, political, civic or fraternal organization such as the Elks, Rotary Club, ACLU, American Legion, NRA or any other organization?

    If so, please list the organization(s) and the dates of your membership.

    Have you ever held any office in such organization(s)?

    Indicate the activities in which you participated through that organization(s).

    If so, please explain.

24.  Have you followed or read any of the media coverage of this case?

    If so, please give a brief summary of your understanding of the facts.

25.  In reading or hearing about this case, have you formed any opinions, however slight, as to the guilt or innocence of Officer Allan?

26.  If your answer to the preceding question is "yes," please state briefly your thoughts.

27.  Have you or any member(s) of your immediate family or close friend(s) been a member of a group who takes a position on the right to bear arms?

28.  Do you or any member(s) of your immediate family have a permit for the possession of a firearm?

29.  Would the fact that a person had had problems in the past prevent you from fairly judging the value of his life as the court requests that you must?

30.  Do you believe that most young people, especially those from the inner cities, go through a stage where they don't follow rules yet can turn themselves around and lead full and productive lives?

31.  Are you in favor of the Iraq war?

32.  Do you agree with the way in which Iraqi prisoners were reportedly treated by the U.S. soldiers?

33.  Do you believe that if the allegations of mistreatment are correct, then those who were involved should be punished to the full extent of the law?

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys

And

Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106
Her Attorneys