FILED

2004 JUN -3 P 2: 23

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| NORMA WATTS, ADMINISTRATRIX OF THE ESTATE OF AQUAN SALMON | : | CIVIL ACTION NO. 3:00CV0681 (RNC) |
| VS. | : | |
| CITY OF HARTFORD; POLICE DEPARTMENT OF THE CITY OF HARTFORD; JOSEPH F. CROUGHWELL, Individually and in his Official Capacity as Chief of Police of the City of Hartford; OFFICER ROBERT C. ALLAN, Individually and in his Official Capacity As a Hartford Police Officer | : | JUNE 2, 2004 |

### PLAINTIFF'S SECOND SUPPLEMENTAL WITNESS LIST

On May 5, 2004, the parties submitted a Joint Trial Memorandum in the above-captioned matter. In compliance with the court order regarding the required contents of the trial memorandum, the Plaintiff included therein a list of witnesses who may testify at trial. The Plaintiff now supplements that list to include the following witness:

34.  James Barry – Ret. HPD

   Mr. Berry will testify as a former high-ranking officer at HPD regarding procedures for use of deadly force, pursuit of a suspect and the role of the officers

in investigating major crime scenes, as well as his knowledge of the incidents surrounding the allegations of the Plaintiff's Complaint. His testimony will take approximately 30 minutes.

35. <u>Joseph Croughwell – Ret. HPD</u>

Mr. Croughwell will testify as the former Chief of Police at HPD regarding procedures for use of deadly force, pursuit of a suspect and the role of the officers in investigating major crime scenes, as well as his knowledge of the incidents surrounding the allegations of the Plaintiff's Complaint. His testimony will take approximately 30 minutes.

36. <u>Acting HPD Police Chief Mark Pawlina</u>

Mr. Pawlina will testify as the acting Chief of Police at HPD regarding procedures for use of deadly force, pursuit of a suspect and the role of the officers in investigating major crime scenes, as well as his knowledge of the incidents surrounding the allegations of the Plaintiff's Complaint. His testimony will take approximately 30 minutes.

37. <u>HPD Training Officer in April, 1999</u>

This officer will testify as to the policies, procedures and training received by HPD officers. His testimony will take approximately 30 minutes.

38. <u>Officer Timothy McGrath</u>

Officer McGrath will testify regarding his activities and observations at the time of the incident on April 12-13, 1999. His testimony will take approximately 20 minutes.

The Plaintiff reserves the right to add additional witnesses upon notice to the Defendant

and to call any and all of the witnesses identified by the Defendant.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Her Attorneys
        And
Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106
Her Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106

James Szerejko, Esq.
Eric P. Daigle, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Joseph A. Moniz