FILED

2004 JUN -9 P 3: 47

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMA WATTS, ADMINISTRATRIX OF<br>THE ESTATE OF AQUAN SALMON | : | CIVIL ACTION NO.<br>3:00CV0681 (RNC) |
| VS. | : | |
| CITY OF HARTFORD, ET AL | : | JUNE 9, 2004 |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now Joseph A. Moniz, the undersigned attorney, on behalf of the Plaintiff, Norma Watts, in the above matter and respectfully informs this Honorable Court:

1. On Monday, June 14, 2004, the above-entitled case will begin evidence before the Honorable Robert N. Chatigny at 9 a.m. in the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, in the south courtroom on the first floor.

2. That during the course of this trial, the testimony of Robert L. Davis, III, Inmate No. 273531, Dennis Faniel, Inmate No. 273521 and Ellis Thomas, Inmate No. 273530 is important and material to those proceedings as they were eye witnesses to the underlying incident for which suit was brought.

3. That said Robert L. Davis, III, Dennis Faniel and Ellis Thomas should be presented on Tuesday, June 15, 2004, at 9 a.m., so that they may testify at said trial or from

time to time thereafter as the Court may direct.

4. That the said Robert L. Davis, III is now confined at John R. Manson Youth Institution, 42 Jarvis Street, Cheshire, CT; that Dennis Faniel is now confined at Cheshire Correctional Institution, 900 Highland Road, Cheshire, CT; and Ellis Thomas is now confined at Hartford Correctional Institution, 177 Weston Street, Hartford, CT.

WHEREFORE, the undersigned respectfully prays that this Court may issue its Writs of Habeas Corpus Ad Testificandum to the wardens of John R. Manson Youth Institution, Cheshire Correctional Institution and Hartford Correctional Institution and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said Robert L. Davis, III, Dennis Faniel and Ellis Thomas at the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, in the south courtroom on the first floor at 9 a.m. on Tuesday, June 15, 2004, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

MONIZ, COOPER & MCCANN, LLP • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
(860) 278-0200
Attorneys for the Plaintiff

And

Nicholas P. Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, CT 06106
Her Attorneys