UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT 2004 JUN 10 P 4: 21

U.S. DISTRICT COURT
HARTFORD, CT.


NORMA WATTS, administratrix
        -Plaintiff


    -v-                          NO.   3: 00 CV 681 (RNC)


OFFICER ROBERT ALLEN,
        -Defendant


### SETTLEMENT CONFERENCE MEMORANDUM

A settlement conference was held in this case today. The case has been settled. The appropriate papers shall be filed within 30 days. **IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this *10th* day of June, 2004.

**Thomas P. Smith**
**United States Magistrate Judge**