UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL -2 A 7: 54

U.S. DISTRICT COURT
HARTFORD, CT.

NORMA WATTS,

    Plaintiff,

v.

OFFICER ROBERT ALLEN,

    Defendant.

CASE NO. 3:00CV681(RNC)

### ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before August 2, 2004.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before August 2, 2004.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this 1st day of July, 2004.

Robert N. Chatigny
United States District Judge