UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUL 27 A 11: 11
U.S. DISTRICT COURT
HARTFORD, CT.

NORMA WATTS, Admin.
       -Plaintiff

-v-                                  CIVIL 3:00 CV 681 (RNC)

OFFICER ROBERT ALLAN,
       -Defendant

ORDER

The captioned case having been settled, and the parties having so stipulated, it is ordered that the settlement agreement and the stipulation of dismissal shall be sealed, and shall remain under seal unless ordered unsealed by the undersigned.

IT IS SO ORDERED at Hartford, Connecticut, this 27th day of July, 2004.

                                          Thomas P. Smith
                                          United States Magistrate Judge